# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 15, 2022

Lyle W. Cayce
Clerk

No. 21-50437

Ashley G., *as Parent/Guardian/Next Friend of* M.G., *a Minor Individual with a Disability*; Richard G., *as Parent/Guardian/Next Friend of* M.G., *a Minor Individual with a Disability*,

*Plaintiffs—Appellants*,

*versus*

Copperas Cove Independent School District,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CV-420

Before Smith, Costa, and Wilson, *Circuit Judges*.

Per Curiam:*

In this case, plaintiffs allege violations of the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, and the Rehabilitation Act, 29 U.S.C. § 794, by Copperas Cove Independent School District related to their

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50437

son M.G.'s educational needs.  The district court affirmed the determination of a Special Education Hearing Officer that CCISD did not violate either statute.   After review of the briefs and record, and after hearing oral argument, we conclude that the district court thoroughly considered the case brought by the plaintiffs, fairly considered CCISD's defenses to the claims, and committed no reversible error in its decision.   Accordingly, we AFFIRM the judgment of the district court essentially for the reasons stated in its thorough, well-reasoned opinion.